IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 13–cv–02990–MSK–KMT

KHALED ALATTAR,

    Plaintiff,

v.

AARON BELL,
CHRISTOPHER BELL,
RACHEL BELL and
WILLIAM BELL,

    Defendants.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

In light of Plaintiff's Amended Complaint (Doc. No. 13, filed Feb. 3, 2014), which was filed as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1), Defendants' Motion to Dismiss (Doc. No. 12, filed Jan. 13, 2014) and Motion for Extension of Time to Respond to Plaintiff's Original Complaint (Doc. No. 11, filed Dec. 18, 2013) are DENIED as moot. *See, e.g., Brunet v. The Quizno's Franchize Co. LLC*, No. 07–cv–01717–EWN–KMT, 2008 WL 4380590, at *1 (D. Colo. Sept. 24, 2008).

Dated: February 7, 2014